UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Luis Fernando Perez | : | 3:13-cv-1407 (JBA) |
| Plaintiff, | : | |
| v. | : | |
| Ralph Altamura, and Altamura Landscaping, Inc., | : | |
| Defendants. | : | November 14, 2013 |

**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)**

Inasmuch as the defendants have not served an answer or motion for summary judgment, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the plaintiff, Luis Fernando Perez, now gives notice of his voluntary dismissal of this action.

RESPECTFULLY SUBMITTED
THE PLAINTIFF, by

_____/ s /_____
Peter Goselin ct06074
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Tel. 860-580-9675
Fax 860-232-7818
pdgoselin@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on November 14, 2013, the foregoing Plaintiff's Notice of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1) was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                     / s /
                                           Peter Goselin